# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-2318
LT Case No. 2016-CF-005817-A

———————————————

BRANDEN J. BAILEY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.850 Appeal from the Circuit Court for Duval County.
London M. Kite, Judge.

Branden Bailey, Milton, pro se.

James Uthmeier, Attorney General, and Heather Flanagan
Ross, Assistant Attorney General, Tallahassee, for Appellee.

December 23, 2025

PER CURIAM.

    AFFIRMED.

LAMBERT, EISNAUGLE, and BOATWRIGHT, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————